UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. RUTLEDGE, <br>     Plaintiff, <br>     v. <br> P. LAM, <br>     Defendant. | Case No. 18-cv-05530-HSG (PR) <br><br> **ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL** <br><br> Re: Dkt. No. 17 |

Plaintiff has filed a motion for appointment of counsel. A district court has the discretion under 28 U.S.C. §1915(e)(1) to designate counsel to represent an indigent civil litigant in exceptional circumstances. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). This requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. *See id.* Neither of these factors is dispositive and both must be viewed together before deciding on a request for counsel under section 1915(e)(1). To date, plaintiff has been able to present his claims in an adequate manner and there are no exceptional circumstances warranting appointment of counsel at this time. Should the circumstances of the case materially change, the Court may reconsider plaintiff's request sua sponte. The request for appointment of counsel is therefore DENIED.

This order terminates Docket No. 17.

**IT IS SO ORDERED.**

Dated: 2/8/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge