UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. RUTLEDGE,<br><br>    Plaintiff,<br><br>    v.<br><br>P. LAM,<br><br>    Defendant. | Case No. 18-cv-05530-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 23 |

Good cause appearing, Defendant's motion for an extension of time to file a dispositive motion is hereby GRANTED. Dkt. No. 23. The deadline for Defendant to file a dispositive motion is CONTINUED to **August 2, 2019**. Plaintiff shall file any opposition to Defendant's motion within **twenty-eight (28)** days of the date the motion is filed. Defendant shall file a reply within **fourteen (14)** days of the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Docket No. 23.

**IT IS SO ORDERED.**

Dated: 5/13/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge