UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. RUTLEDGE,<br><br>    Plaintiff,<br><br>v.<br><br>P. LAM,<br><br>    Defendant. | Case No. 18-cv-05530-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 31 |

Plaintiff's request for a second extension of time to file his opposition to defendants' summary judgment motion is GRANTED. Dkt. No. 31. Plaintiff shall file his opposition to defendants' summary judgment motion by December 16, 2019. The reply brief shall be filed no later than fourteen (14) days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 31.

**IT IS SO ORDERED.**

Dated: 11/15/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge