UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. RUTLEDGE,<br><br>    Plaintiff,<br><br>v.<br><br>P. LAM,<br><br>    Defendant. | Case No. 18-cv-05530-HSG<br><br>**ORDER RESETTING BRIEFING SCHEDULE** |

Plaintiff filed the instant *pro se* civil rights complaint under 42 U.S.C. § 1983. On August 2, 2019, defendant Lam filed a summary judgment motion. Dkt. No. 25. Based on plaintiff's claim that he has been unable to obtain necessary discovery, the Court granted plaintiff multiple extensions of time to file his opposition. Dkt. Nos. 30, 32, 36. In its January 31, 2020 Order, the Court instructed plaintiff that if he believes that further discovery is necessary, he must file a motion to compel that complies with the local rules by February 24, 2020, and that if no discovery motion were filed within the time provided, the Court would set a new briefing schedule. Dkt. No. 39. The deadline has passed, and plaintiff has not filed any discovery motion. Accordingly, by **April 17, 2020**, plaintiff shall file his opposition to defendant's summary judgment motion. The reply brief shall be filed no later than **fourteen (14) days** after the date the opposition is filed. Defendant Lam's summary judgment motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

    **IT IS SO ORDERED.**

Dated: 3/4/2020

                                                                     HAYWOOD S. GILLIAM, JR.
                                                                     United States District Judge