UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS L. RUTLEDGE,<br><br>    Plaintiff,<br><br>    v.<br><br>P. LAM,<br><br>    Defendant. | Case No. 18-cv-05530-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 42 |
|---|---|

Good cause being shown, plaintiff's request for an extension of time to file his opposition to the summary judgment motion is GRANTED. Dkt. No. 42. By **May 22, 2020**, plaintiff shall file his opposition to defendant's summary judgment motion. The reply brief shall be filed no later than **fourteen (14) days** after the date the opposition is filed. The summary judgment motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 42.

**IT IS SO ORDERED.**

Dated: 4/29/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge