UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. RUTLEDGE,<br><br>            Plaintiff,<br><br>    v.<br><br>P. LAM,<br><br>            Defendant. | Case No. 18-cv-05530-HSG<br><br>**ORDER DIRECTING DEFENDANT TO FILE A COPY OF PLAINTIFF'S OPPOSITION** |

Plaintiff filed the instant *pro se* civil rights complaint under 42 U.S.C. § 1983. On August 2, 2019, defendant Lam filed a summary judgment motion. Dkt. No. 25. On June 5, 2020, defendant's counsel informed the Court that plaintiff filed an opposition on February 27, 2020 and identified the pleading as Docket No. 40. Dkt. No. 44 at 1-2. There is no opposition to the summary judgment filed in the record, and there is no pleading filed on or about February 27, 2020. *See, e.g.*, Dkt. No. 39 (dated Jan. 31, 2020); Dkt. No. 40 (dated Mar 4, 2020). According to the electronic filing system, Dkt. No. 40 is the Court's March 4, 2020 order resetting the briefing schedule. Dkt. No. 40.

Defendant is ordered to file a copy of plaintiff's opposition with the Court within five (5) days of the date of this order by filing a copy in the electronic filing system. Upon receipt of the opposition, the Court will determine the status of briefing on defendant's summary judgment motion.

**IT IS SO ORDERED.**

Dated:   6/11/2020

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge