United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS L. RUTLEDGE,

        Plaintiff,

   v.

P. LAM,

        Defendant.

Case No. 18-cv-05530-HSG

**ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT**

Plaintiff, a former California state prisoner, has filed a *pro se* complaint under 42 U.S.C. § 1983 alleging that Correctional Training Facility ("CTF") doctor P. Lam was deliberately indifferent to his serious medical needs. Dkt. Nos. 1, 10. On October 2, 2020, the Court denied defendant Lam's motion for summary judgment and referred this action to Magistrate Judge Robert Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. ECF No. 47. On December 17, 2020, Judge Illman reported that the parties were unable to reach an agreement at that time. ECF No. 50.

Because the parties have been unable to settle this case, Plaintiff is REFERRED to the Federal Pro Bono Project for location of pro bono counsel. The Clerk shall forward to the Federal Pro Bono Project a copy of this order. Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

//
//
//
//
//

1   All proceedings in this action are stayed until four weeks from the date an attorney is
2   appointed. Once such attorney is appointed, the Court will schedule a case management
3   conference.
4   **IT IS SO ORDERED.**
5   Dated: 12/18/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge