UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. RUTLEDGE,<br><br>    Plaintiff,<br><br>v.<br><br>P. LAM,<br><br>    Defendant. | Case No. 18-cv-05530-HSG<br><br>**ORDER APPOINTING COUNSEL; STAYING CASE** |

Plaintiff, a former California state prisoner, has filed a *pro se* complaint under 42 U.S.C. § 1983 alleging that Correctional Training Facility ("CTF") doctor P. Lam was deliberately indifferent to his serious medical needs. Dkt. Nos. 1, 10. On October 2, 2020, the Court denied defendant Lam's motion for summary judgment and referred this action to Magistrate Judge Robert Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. Dkt. No. 47. On December 17, 2020, Judge Illman reported that the parties were unable to reach an agreement at that time. Dkt. No. 50. On December 18, 2020, the Court referred this case to the Federal Pro Bono Project to locate counsel for purposes of appointment. ECF No. 51.

The Federal Pro Bono Project has informed the Court that Jeffrey A. Miller (SBN 160602) and Carson D. Anderson (SBN 317308) of Arnold & Porter Kaye Scholer LLP, located at 3000 El Camino Real, Five Palo Alto Square, Suite 500, Palo Alto, California 94306, and Joseph Farris (SBN 263405) of Arnold & Porter Kaye Scholer LLP, located at Three Embarcadero Center, 10th Floor, San Francisco, California 94111, have agreed to serve as appointed pro bono counsel for Plaintiff in this action. The Court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Jeffrey A. Miller, Carson D. Anderson, and Joseph Farris as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

The scope of this referral shall be for all purposes for the duration of the case through entry of a final judgment in District Court.

All proceedings in this action are hereby stayed until eight weeks from the date of this ORDER, at which point the Court will schedule a case management conference. The purpose of the stay is to permit volunteer counsel sufficient time to meet and interview Plaintiff and review the case file. The parties shall file a joint case management statement no later than seven calendar days before the case management conference.

The Clerk shall add Plaintiff's appointed counsel to the docket. Counsel shall be familiar with General Order No. 25 posted on the Court's website. If Plaintiff's address has changed since his last filing, Plaintiff should inform the Court of his current contact information within twenty-eight (28) days of the date of this order.

**IT IS SO ORDERED.**

Dated: 3/3/2021

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge