| | |
|---|---|
| Jeffrey A. Miller (State Bar No. 160602)<br>jeffrey.miller@arnoldporter.com<br>Carson D. Anderson (State Bar No. 317308)<br>carson.anderson@arnoldporter.com<br>Lauren S. Lee (State Bar No. 336627)<br>lauren.lee@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306<br>Telephone: (650) 319-4500<br>Facsimile: (650) 319-4700<br><br>Joseph Farris (State Bar No. 263405)<br>joseph.farris@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California 94111<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br><br>Attorneys for Plaintiff<br>THOMAS L. RUTLEDGE | Rob Bonta (State Bar No. 202668)<br>Attorney General of California<br>Jon S. Allin (State Bar No. 155069)<br>Supervising Deputy Attorney General<br>David E. Kuchinsky (State Bar No. 292861)<br>david.kuchinsky@doj.ca.gov<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 210-7666<br>Facsimile: (916) 324-5205<br><br>Attorneys for Defendant<br>PHUC T. LAM |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THOMAS L. RUTLEDGE,<br><br>   Plaintiff,<br><br>  v.<br><br>PHUC T. LAM,<br><br>   Defendants. | Case No. 4:18-cv-05530-HSG<br><br>JOINT STIPULATION & ORDER SETTING CASE MANAGEMENT CONFERENCE<br><br>Date: June 22, 2021<br>Time: 2:00 PM<br>Courtroom: 2<br>Judge: The Honorable Haywood S. Gilliam, Jr.<br>Trial Date: None Set<br>Case Filed: September 10, 2018 |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Pursuant to ECF No. 52 (Order Appointing Counsel; Staying Case), Plaintiff Thomas L. |
| 3 | Rutledge ("Plaintiff") and Defendant Phuc T. Lam ("Defendant") (collectively, the "Parties"), by |
| 4 | and through their undersigned counsel of record, have conferred and hereby stipulate as follows: |
| 5 | WHEREAS, on December 18, 2020, the Court referred this case to the Federal Pro Bono |
| 6 | Project to locate counsel for purposes of appointment to represent Plaintiff (ECF No. 51); |
| 7 | WHEREAS, on March 3, 2021, the Court appointed the undersigned counsel from Arnold & |
| 8 | Porter Kaye Scholer LLP to represent Plaintiff and stayed this case for a period of eight weeks, with |
| 9 | a Case Management Conference to be scheduled thereafter (ECF No. 52); |
| 10 | WHEREAS, on April 28, 2021, the eight week stay of this matter expired; |
| 11 | WHEREAS, on May 21, 2021, Defendant filed a Notice of Substitution of Counsel, |
| 12 | notifying the Court that the Deputy Attorney General assigned to represent Defendant had been |
| 13 | changed (ECF No. 57); |
| 14 | WHEREAS no Case Management Conference has been set; |
| 15 | WHEREAS counsel for the Parties have met and conferred and respectfully request that the |
| 16 | Court schedule a Case Management Conference for June 22, 2021, at 2:00 PM, with the Parties to |
| 17 | file a joint case management statement no later than seven calendar days before such Case |
| 18 | Management Conference; |
| 19 | |
| 20 | NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through |
| 21 | their respective Counsel: |
| 22 | (1) The Parties respectfully request that the Court schedule a Case Management Conference |
| 23 | for June 22, 2021, at 2:00 PM, or as soon thereafter as is convenient for the Court. |
| 24 | (2) The Parties will file a joint case management statement no later than seven calendar days |
| 25 | before such Case Management Conference. |

Dated: June 4, 2021               ARNOLD & PORTER KAYE SCHOLER LLP

                                  By: /s/ Carson D. Anderson
                                       Carson D. Anderson

                                  Attorneys for Plaintiff
                                  THOMAS L. RUTLEDGE


Dated: June 4, 2021

                                  By: /s/ David Kuchinsky
                                       David Kuchinsky

                                  Attorneys for Defendant
                                  PHUC T. LAM

## ATTESTATION

I, Carson D. Anderson, am the ECF User whose identification and password are being used to file this Joint Stipulation & [Proposed] Order Setting Case Management Conference. In compliance with Northern District of California's Civil L.R. 5-1(i)(3), I hereby attest that David Kuchinsky has concurred in this filing.

Dated: June 4, 2021               ARNOLD & PORTER KAYE SCHOLER LLP

                                  By: /s/ Carson D. Anderson
                                       Carson D. Anderson

                                  Attorneys for Plaintiff
                                  THOMAS L. RUTLEDGE

**ORDER**

The above JOINT STIPULATION & [PROPOSED] ORDER SETTING CASE MANAGEMENT CONFERENCE is approved and a Case Management Conference is set for June 22, 2021, at 2:00 PM. The Parties shall file a joint case management statement no later than seven calendar days before such Case Management Conference.

IT IS SO ORDERED.

Dated: 6/7/2021

*Haywood S. Gilliam Jr.*

The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge