| | |
|---|---|
| Jeffrey A. Miller (State Bar No. 160602)<br>jeffrey.miller@arnoldporter.com<br>Carson D. Anderson (State Bar No. 317308)<br>carson.anderson@arnoldporter.com<br>Lauren S. Lee (State Bar No. 336627)<br>lauren.lee@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306<br>Telephone: (650) 319-4500<br>Facsimile: (650) 319-4700<br><br>Joseph Farris (State Bar No. 263405)<br>joseph.farris@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California 94111<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br><br>Attorneys for Plaintiff<br>THOMAS L. RUTLEDGE | ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>JON S. ALLIN, State Bar No. 155069<br>Supervising Deputy Attorney General<br>DAVID E. KUCHINSKY, State Bar No. 292861<br>Deputy Attorney General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7666<br>  Fax: (916) 324-5205<br>  E-mail: David.Kuchinsky@doj.ca.gov<br><br>Attorneys for Defendant<br>PHUC T. LAM |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THOMAS L. RUTLEDGE,<br><br>        Plaintiff,<br><br>    v.<br><br>PHUC LAM,<br><br>        Defendant. | Case No. 4:18-cv-05530-HSG<br><br>JOINT STIPULATION & ORDER REGARDING DEPOSITION SCHEDULING |

**STIPULATION**

Plaintiff Thomas L. Rutledge ("Plaintiff") and Defendant Phuc T. Lam ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, have met and conferred and, subject to the Court's approval hereby stipulate as follows:

WHEREAS, pursuant to ECF No. 64, the last day to complete non-expert discovery is October 22, 2021;

WHEREAS, on September 22, 2021, Plaintiff served a deposition subpoena on third party Dr. Mark G. Kowall ("Dr. Kowall");

WHEREAS, due to Dr. Kowall and counsel's availability, October 26, 2021, is the preferred date to conduct Dr. Kowall's deposition; and

WHEREAS, conducting Dr. Kowall's deposition outside of the October 22, 2021, fact discovery cutoff will not impact any other case deadlines.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that the deposition of Dr. Kowall shall be taken on October 26, 2021, after the October 22, 2021, fact discovery cutoff.

Dated:  October 13, 2021            ARNOLD & PORTER KAYE SCHOLER LLP

                                    By: /s/ Carson D. Anderson
                                            Carson D. Anderson

                                    Attorneys for Plaintiff
                                    THOMAS L. RUTLEDGE

Dated:  October 13, 2021

                                    By: /s/ David Kuchinsky
                                            David Kuchinsky

                                    Attorneys for Defendant
                                    PHUC LAM

**ECF ATTESTATION**

I, Carson D. Anderson, am the ECF User whose identification and password are being used to file this submission. In compliance with Northern District of California's Civil L.R. 5-1(i)(3), I hereby attest that the other signatory has concurred in this filing.

Dated: October 13, 2021                              ARNOLD & PORTER KAYE SCHOLER LLP

                                                     By: /s/ Carson D. Anderson
                                                             Carson D. Anderson

                                                     Attorneys for Plaintiff
                                                     THOMAS L. RUTLEDGE

**ORDER**

The above JOINT STIPULATION & [PROPOSED] ORDER REGARDING DEPOSITION SCHEDULING is approved as the Case Schedule for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: 10/14/2021

*Haywood S. Gilliam Jr.*

The Honorable Haywood S. Gilliam, Jr.
United States District Judge