Jeffrey A. Miller (State Bar No. 160602)
jeffrey.miller@arnoldporter.com
Carson D. Anderson (State Bar No. 317308)
carson.anderson@arnoldporter.com
Lauren S. Lee (State Bar No. 336627)
lauren.lee@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California  94306
Telephone:     (650) 319-4500
Facsimile:     (650) 319-4700

Joseph Farris (State Bar No. 263405)
joseph.farris@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California  94111
Telephone:     (415) 471-3100
Facsimile:     (415) 471-3400

Attorneys for Plaintiff
THOMAS L. RUTLEDGE

ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7666
 Fax:  (916) 324-5205
 E-mail:  David.Kuchinsky@doj.ca.gov

Attorneys for Defendant
PHUC T. LAM

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THOMAS L. RUTLEDGE,<br><br>         Plaintiff,<br><br>    v.<br><br>PHUC LAM,<br><br>         Defendant. | Case No. 4:18-cv-05530-HSG<br><br>**JOINT STIPULATION & ORDER REGARDING DEPOSITION SCHEDULING OF PLAINTIFF THOMAS RUTLEDGE** |

**STIPULATION**

Plaintiff Thomas L. Rutledge ("Plaintiff") and Defendant Phuc T. Lam ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, have met and conferred and, subject to the Court's approval hereby stipulate as follows:

WHEREAS, pursuant to ECF No. 64, the last day to complete non-expert discovery is October 22, 2021;

WHEREAS, on September 29, 2021, Defendant served a deposition notice on Plaintiff;

WHEREAS, Plaintiff's deposition commenced on October 12, 2021, but based on Plaintiff's request, the availability of the court reporter, and the agreement of the parties, the deposition was suspended after proceeding for approximately 3 hours, with an agreement to resume the deposition at a mutually convenient date;

WHEREAS, due to the availability of Plaintiff and counsel for the parties, October 29, 2021, is the preferred date to resume Plaintiff's deposition; and

WHEREAS, concluding Plaintiff's deposition outside of the October 22, 2021, fact discovery cutoff will not impact any other case deadlines.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that the deposition of Plaintiff shall be resumed on October 29, 2021, after the October 22, 2021, fact discovery cutoff.

Dated: October 21, 2021

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Carson D. Anderson*
Carson D. Anderson

Attorneys for Plaintiff
THOMAS L. RUTLEDGE

1 | Dated: October 21, 2021

2

3 | By: */s/ David Kuchinsky*
David Kuchinsky

4 | Attorneys for Defendant
PHUC LAM

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF ATTESTATION**

I, David E. Kuchinsky, am the ECF User whose identification and password are being used to file this submission. In compliance with Northern District of California's Civil L.R. 5-1(i)(3), I hereby attest that the other signatory has concurred in this filing.

Dated: October 21, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General


*/s/ David E. Kuchinsky*

DAVID E. KUCHINSKY
Deputy Attorney General
*Attorneys for Defendant P. Lam*

**ORDER**

The above JOINT STIPULATION & [PROPOSED] ORDER REGARDING DEPOSITION SCHEDULING is approved as the Case Schedule for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: 10/21/2021

*Haywood S. Gilliam Jr.*

The Honorable Haywood S. Gilliam, Jr.

United States District Judge