
Jeffrey A. Miller (State Bar No. 160602)
jeffrey.miller@arnoldporter.com
Carson D. Anderson (State Bar No. 317308)
carson.anderson@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306
Telephone:   (650) 319-4500
Facsimile:    (650) 319-4700

Joseph Farris (State Bar No. 263405)
joseph.farris@arnoldporter.com
Estayvaine Bragg (State Bar No. 341400)
estayvaine.bragg@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone:   (415) 471-3100
Facsimile:    (415) 471-3400

Attorneys for Plaintiff
THOMAS L. RUTLEDGE

ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7666
 Fax: (916) 324-5205
 E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendant*
*Phuc T. Lam*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THOMAS L. RUTLEDGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHUC LAM,<br><br>　　　　　Defendant. | Case No. 4:18-cv-05530-HSG<br><br>**JOINT STIPULATION & ORDER REGARDING DR. MARK KOWALL'S TRIAL AVAILABILITY**<br><br>Trial Date:　April 4, 2022<br>Courtroom:　2, 4th Floor<br>Judge:　　　The Honorable Haywood S. Gilliam, Jr.<br>Case Filed:　September 10, 2018 |

Plaintiff Thomas L. Rutledge ("Plaintiff" or "Rutledge") and Defendant Phuc Lam ("Defendant" or "Lam") (collectively, the "Parties"), by and through their undersigned counsel of record, have met and conferred and, subject to the Court's approval hereby stipulate as follows:

WHEREAS, on March 10, 2022, Dr. Mark G. Kowall ("Dr. Kowall") was served with a trial subpoena commanding him to appear to testify at trial on April 4 and 5, 2022 (*see* Exhibit 1 to the Declaration of Carson D. Anderson, filed herewith ("Anderson Decl."));

WHEREAS, on March 16, 2022, counsel for Dr. Kowall wrote counsel for Plaintiff and provided a declaration from Dr. Kowall stating that he resides and works in San Luis Obispo County, more than 100 miles from the Federal Courthouse in Oakland, has surgeries and patient appointments scheduled for April 4 and 5, and that appearance at trial "would cause him to incur substantial expense and create an extreme hardship for not only him, but his patients and the hospital where his surgeries are scheduled to take place on those days" (*see* Exhibit 2 to the Anderson Decl.); and

WHEREAS, the Parties have met and conferred and agree to stipulate that Dr. Kowall is unavailable to testify at trial and that his deposition testimony may be read to the jury, per the Parties' respective discovery designations.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that Dr. Kowall is unavailable to testify at trial and that his deposition testimony may be read to the jury, per the Parties' respective discovery designations.

| | |
|---|---|
| Dated: March 22, 2022 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | By: */s/ Carson D. Anderson* |
| | Carson D. Anderson |
| | Attorneys for Plaintiff<br>THOMAS L. RUTLEDGE |
| Dated: March 22, 2022 | |
| | By: */s/ David Kuchinsky* |
| | David Kuchinsky |
| | Attorneys for Defendant<br>PHUC LAM |

## ECF ATTESTATION

I, Carson D. Anderson, am the ECF User whose identification and password are being used to file this submission. In compliance with Northern District of California's Civil L.R. 5-1(i)(3), I hereby attest that the other signatory has concurred in this filing.

| | |
|---|---|
| Dated: March 22, 2022 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | By: */s/ Carson D. Anderson* |
| | Carson D. Anderson |
| | Attorneys for Plaintiff<br>THOMAS L. RUTLEDGE |

**ORDER**

The above JOINT STIPULATION & ORDER REGARDING DR. MARK KOWALL'S TRIAL AVAILABILITY is approved for this case and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: <u>March 22, 2022</u>

*Haywood S. Gilliam Jr.*

The Honorable Haywood S. Gilliam, Jr.

United States District Judge