Jeffrey A. Miller (State Bar No. 160602)
jeffrey.miller@arnoldporter.com
Carson D. Anderson (State Bar No. 317308)
carson.anderson@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Joseph Farris (State Bar No. 263405)
joseph.farris@arnoldporter.com
Estayvaine Bragg (State Bar No. 341400)
estayvaine.bragg@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

Attorneys for Plaintiff
THOMAS L. RUTLEDGE

ROB BONTA, State Bar No. 202668
Attorney General of California
JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
DAVID E. KUCHINSKY, State Bar No. 292861
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7666
 Fax: (916) 324-5205
 E-mail: David.Kuchinsky@doj.ca.gov
*Attorneys for Defendant
Phuc T. Lam*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THOMAS L. RUTLEDGE,<br><br>                    Plaintiff,<br><br>     v.<br><br>PHUC LAM,<br><br>                    Defendant. | Case No. 4:18-cv-05530-HSG<br><br>**JOINT STIPULATION & ORDER VACATING TRIAL DATE**<br><br>Trial Date: April 4, 2022<br>Courtroom: 2, 4th Floor<br>Judge:     The Honorable Haywood S. Gilliam, Jr.<br>Case Filed: September 10, 2018 |

Plaintiff Thomas L. Rutledge ("Plaintiff" or "Rutledge") and Defendant Phuc Lam ("Defendant" or "Lam") (collectively, the "Parties"), by and through their undersigned counsel of record, have met and conferred and, subject to the Court's approval hereby stipulate as follows:

WHEREAS, on March 23, 2022, the Parties attended a settlement conference before Magistrate Judge Robert M. Illman and have reached a settlement in principle, including an agreement on the record with respect to all material terms;

WHEREAS, the Parties are diligently working to finalize and execute the settlement agreement and associated papers;

WHEREAS, the Parties expect that a dismissal with prejudice of all claims in this matter will be filed within 7 to 10 days of the date of this filing; and

WHEREAS, the Parties agree that the April 4, 2022, trial date and all pre-trial deadlines should be vacated.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that the April 4, 2022, trial date and all pre-trial deadlines are vacated.  If a dismissal with prejudice of all claims in this matter has not been filed by April 4, 2022, the Parties will file a joint status report regarding the status of finalizing the settlement agreement and associated papers.

Dated:  March 23, 2022                                      ARNOLD & PORTER KAYE SCHOLER LLP

By:  /s/  Carson D. Anderson
Carson D. Anderson

Attorneys for Plaintiff
THOMAS L. RUTLEDGE

Dated:  March 23, 2022

By:  /s/  David Kuchinsky
David Kuchinsky

Attorneys for Defendant
PHUC LAM

**ECF ATTESTATION**

I, Carson D. Anderson, am the ECF User whose identification and password are being used to file this submission. In compliance with Northern District of California's Civil L.R. 5-1(i)(3), I hereby attest that the other signatory has concurred in this filing.

Dated: March 23, 2022　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP

　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Carson D. Anderson*
　　　　　　　　　　　　　　　　　　　　　　　　　Carson D. Anderson

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　THOMAS L. RUTLEDGE

**ORDER**

The above JOINT STIPULATION & [PROPOSED] ORDER VACATING TRIAL DATE is GRANTED.  The April 4, 2022, trial date and all pre-trial deadlines are VACATED.  If a dismissal with prejudice is not filed by April 4, 2022, the Parties will file a joint status report regarding the status of finalizing the settlement agreement.

[In addition, the Court makes the further orders as stated below:]

IT IS SO ORDERED.

Dated: 3/24/2022

*Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge