ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General
DAVID E. KUCHINSKY
Deputy Attorney General
State Bar No. 292861
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7666
  Fax:  (916) 324-5205
  E-mail:  David.Kuchinsky@doj.ca.gov
*Attorneys for Defendant P. Lam*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THOMAS L. RUTLEDGE,<br><br>                        Plaintiff,<br><br>v.<br><br>P. LAM,<br><br>                        Defendant. | 4:18-cv-05530-HSG<br><br>**JOINT STIPULATED REQUEST TO VOLUNTARILY DISMISS DEFENDANT LAM AND SUBSTITUTE CORRECT PARTY INTO THE COMPLAINT; ORDER  (as modified)**<br><br>Action Filed: September 10, 2018 |

Pursuant to Civil L.R. 7-12, Plaintiff Thomas L. Rutledge and Defendant Lam (the "parties"), by and through their respective counsel of record, hereby stipulate:

    1.    The parties have met and conferred and agree that it is appropriate to dismiss Defendant Lam from this case.  Therefore, the parties stipulate to a dismissal with prejudice of Defendant Lam under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    2.    The parties also stipulate to amend the complaint to add the California Department of Corrections and Rehabilitation (CDCR) as the sole defendant in this case.

Dated: __April 1_____, 2022          ARNOLD & PORTER KAYE SCHOLER LLP

_/s/ Carson D. Anderson_____
Carson D. Anderson
Attorneys for Plaintiff
THOMAS L. RUTLEDGE

Dated: __April 1_____, 2022          Respectfully submitted,

ROB BONTA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General


/s/ David E. Kuchinsky
David E. Kuchinsky
Deputy Attorney General
California Attorney General's Office
*Attorneys for Defendant Lam*

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED:

1. Defendant Lam will be dismissed from this case with prejudice.

2. Plaintiff's complaint will be amended by April 5, 2022 to add the California Department of Corrections and Rehabilitation as the sole defendant in this case.

Dated: 4/4/2022

United States District Court Judge
Haywood S. Gilliam, Jr.