Jeffrey A. Miller (Bar No. 160602)
Email address: Jeffrey.Miller@arnoldporter.com
Carson D. Anderson (Bar No. 317308)
Email address: Carson.Anderson@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
3000 El Camino Real Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone:    (650) 319-4500
Facsimile:    (650) 319-4700

Joseph Farris (Bar No. 263405)
Email address: Joseph.Farris@arnoldporter.com
Estayvaine Bragg (Bar No. 341400)
Email address: Estayvaine.Bragg@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4003

Attorneys for Plaintiff
THOMAS L. RUTLEDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **Thomas L. Rutledge,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**California Department of Corrections and Rehabilitation,**<br><br>　　　　　　　Defendant. | Case No. 4:18-cv-05530-HSG<br><br>**ARNOLD & PORTER'S MOTION FOR ORDER AND ORDER PERMITTING WITHDRAWAL OF COUNSEL** |

1      Pursuant to Civil L.R. 7-11 and 11-5, General Order No. 25(II)(C), and California Rule of Professional Conduct 1.16, Counsel for Plaintiff Thomas L. Rutledge ("Rutledge") Jeffrey A. Miller, Joseph Farris, Carson D. Anderson, and Estayvaine Bragg of Arnold & Porter Kaye Scholer LLP (collectively "Plaintiff's Counsel") hereby respectfully move the Court for an order permitting their withdrawal from representation of Rutledge.

Plaintiff's Counsel agreed to serve as appointed pro bono counsel as part of the Northern District of California's Federal Pro Bono Project and were appointed by Order from the Court on March 3, 2021. ECF No. 052. Following a settlement conference held on March 23, 2022, Rutledge and Defendant Phuc Lam reached a settlement in principle. ECF No. 126. The settlement agreement is finalized and executed, and dismissals with prejudice have been filed. ECF Nos. 133, 135, and 137.

Plaintiff's Counsel believe that they have completed all obligations within the scope of their appointment and Rutledge's pro bono retainer. The action is being dismissed pursuant to the settlement of the parties and, pursuant to California Rule of Professional Conduct 1.16(d), Rutledge has been informed that Plaintiff's Counsel intends to withdraw from representation. Pursuant to California Rule of Professional Conduct 1.16(e), Plaintiff's Counsel will provide Rutledge with any requested "client papers and property," and will comply with all other applicable professional obligations.

Accordingly, Plaintiff's Counsel respectfully requests that the Court enter an order reflecting its withdrawal, updating the Court's ECF system to reflect these changes, and that all future communications regarding any post-settlement matters in this case be directed to Rutledge at the following address:

    Thomas L. Rutledge

    214 Clifden Drive

    South San Francisco, CA 94080

Dated: April 4, 2022                                   ARNOLD & PORTER KAYE SCHOLER LLP

                                                       By:  */s/ Jeffrey A. Miller*
                                                            Jeffrey A. Miller

                                                       By:  */s/ Joseph Farris*
                                                            Joseph Farris

                                                       By:  */s/ Carson D. Anderson*
                                                            Carson D. Anderson

                                                       By:  */s/ Estayvaine Bragg*
                                                            Estayvaine Bragg

                                                       Attorneys for Plaintiff

**ORDER**

Having reviewed and considered Arnold & Porter's Motion for Order Permitting Withdrawal from representation of Rutledge, and good cause appearing, the Court hereby ORDERS that Plaintiff's Counsel Jeffrey A. Miller, Joseph Farris, Carson D. Anderson, and Estayvaine Bragg of Arnold & Porter Kaye Scholer LLP be permitted to withdraw as counsel of record. The Court's ECF system shall be updated to reflect these changes and all future communications regarding this case will be directed to:

Thomas L. Rutledge
214 Clifden Drive
South San Francisco, CA 94080

IT IS SO ORDERED.

Dated: 4/5/2022

The Honorable Haywood S. Gilliam, Jr.
United States District Judge